[No. 12722-2-III.    Division Three.    July 5, 1994.]

LESTER J. HAUSNER, ET AL, *Appellants*, v. GUERIN A. FISCHER, ET AL, *Defendants*, COUNTY OF PEND OREILLE, *Respondent*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 91-2-00089-8, Larry M. Kristianson, J., entered September 8, 1992. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 15670-9-II.    Division Two.    July 7, 1994.]

*In the Matter of the Marriage of* PAMELA J. BABCOCK, *Respondent, and* HARVEY G. BABCOCK, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-3-01580-9, Donald D. Haley, J., entered January 23, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 15768-3-II.    Division Two.    July 7, 1994.]

PATRICIA SLATER, *Respondent*, v. THE DEPARTMENT OF VETERANS AFFAIRS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-00172-1, Paula Casey, J., entered February 6, 1992. *Affirmed in part, vacated in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.